**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 12-58779-wlh |
| | : | |
| LANSDALE AUBREY LUCAS<br>CLAIRE DORIS LUCAS, | : | CHAPTER 13 |
| | : | |
| Debtors/Movants. | : | |
| WELLS FARGO BANK, N.A. | : | |
| | : | CONTESTED MATTER |
| Respondent. | : | |

**MOTION TO LIEN STRIP SECOND MORTGAGE AS UNSECURED**

COMES NOW, LANSDALE AND CLAIRE LUCAS, Debtors/Movants herein and file this Motion to Lien Strip Second Mortgage as Unsecured held by the Respondent(s) pursuant to 11 U.S.C. § 506 and allege as follows:

1.

Debtors filed the instant Chapter 13 bankruptcy case on April 2, 2012.

2.

Debtors have investment property located at 3693 Belmont Abbey Drive, Decatur, Georgia 30034.

3.

Debtors assert that at the time they filed this bankruptcy petition and at the present time the value of the interest in said property was and is approximately $40,000 as determined by the attached appraisal report dated March 28, 2012. See Exhibit "A".

4.

The Debtors interest in the residence is subject to a **first lien** which arises out of a mortgage filed in the property records of Dekalb County, Georgia, at Book 19850 page 454, in favor of **SUNTRUST MORTGAGE, INC**., in the present approximate amount of **$122,717**. Said first lien mortgage is the subject of a separate motion--Motion to Determine Secured Status of Lien on Real Property and to Bifurcate Interest in Real Property.

5.

The Debtors interest in the residence is subject to a **second lien** which arises out of a mortgage filed in the property records of Dekalb County, Georgia in favor of **WELLS FARGO BANK, N.A.**, in the present approximate amount of **$45,757**, and is now the subject of this 'Motion to Strip Lien'.

6.

The lien securing the second mortgage of WELLS FARGO BANK is junior to the first mortgage above-indicated as owing to SUNTRUST MORTGAGE, INC.

7.

Pursuant 11 U.S.C. § 506(a), the Respondent has no allowable secured claim regarding the claim for the second mortgage on the residence.

8.

Any timely filed claim of the Respondent for the second mortgage should be subject to a "lien strip" and declared unsecured.

WHEREFORE, the Debtors respectfully pray of the Court as follows:

a.      That this Court determine that the Respondent,  WELLS FARGO BANK, N.A., has no secured interest for the loan secured by the second mortgage on the residential real estate of the Debtors;

b.      That this Court order the Respondent to cancel the second mortgage lien on the property of the debtors pursuant to 11 U.S.C. Section 506(d), immediately upon the entry of the Discharge Order and deliver same to the attorney for the Debtors within 20 days from the date of the entry of the said order at no charge or fee for the aforesaid cancellation and delivery;

d.      That this Court direct the Trustee that any timely filed proof of claim of the Respondent for the second mortgage lien be treated as an unsecured claim under the plan;

e. That the Debtors have such other and further relief as to the Court may deem just
and proper.

DATED:  June 11, 2012.

        Respectfully submitted,


        */s/ Gregory D. Coleman*
        GREGORY D. COLEMAN
        Attorney for Debtor/Movant
        Georgia Bar No. 177525

4262 Clausell Court
Suite A
Decatur, GA  30035
(404) 289-2244
(404) 289-2888 fax

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 12-58779-wlh |
| LANSDALE AUBREY LUCAS<br>CLAIRE DORIS LUCAS, | : | CHAPTER 13 |
| Debtors/Movants. | : | |
| WELLS FARGO BANK, NA. | : | CONTESTED MATTER |
| Respondent. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the above Debtor has filed an Motion to Lien Strip Second Mortgage as Unsecured and related papers with the Court seeking an order stripping your lien.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion as follows: ***The hearing will be held on August 8, 2012, at 9:30 A.M., Room 1403, Richard B. Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia.***

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including two addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: ***June 11, 2012***

*/s/ Gregory D. Coleman*
GREGORY D. COLEMAN
Attorney for Debtor/Movant
Georgia Bar No. 177525

4262 Clausell Court, Suite A
Decatur, GA 30035
(404) 289-2244
(404) 289-2888 fax
Decatur, GA 30035
(404) 289-2244

## CERTIFICATE OF SERVICE

  I, Gregory D. Coleman, certify that I am over the age of 18 and that on the date set forth below, I served a copy of the foregoing **MOTION** and **NOTICE OF HEARING** by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Trustee Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

Lansdale & Claire Lucas
423 Brooks Mill Drive
Decatur, GA 30038

VIA CERTIFIED RETURN RECEIPT

Wells Fargo Bank, NA
c/o Howard I. Atkins, Cfo
101 N. Phillips Avenue
Sious Falls, SD 57104

Wells Fargo Bank, NA
c/o M. Keith Jackson, Secretary
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Bank, NA
c/o Corporation Service Company
Registered Agent
40 Technology Parkway South #300
Norcross, GA  30092

[1]Suntrust Mortgage, Inc.
c/o Jerome T. Lienhard, II, CEO
901 Semmes Avenue
Richmond, VA 23224

[2]Suntrust Mortgage, Inc.
c/o Corporation Service Company
Registered Agent
40 Technology Parkway South #300
Norcross, GA 30092

Suntrust Mortgage, Inc.
P O Box 26149
Richmond, VA 23260

Suntrust Mortgage, Inc.
c/o Adrienne Heckstall
Bankruptcy Specialist
P O Box 85092
Richmond, VA 23286

Wells Fargo, Bank, NA
PO Box 4233
Portland, OR  97208

  Dated:  June 11, 2012

     Respectfully submitted,

     */s/ Gregory D. Coleman*
     GREGORY D. COLEMAN
     Attorney for Debtor/Movant
     Georgia Bar No. 177525

4262 Clausell Court, Suite A
Decatur, GA  30035
(404) 289-2244
(404) 289-2888 fax

---

[1] Suntrust Mortgage, Inc., CEO  address obtained from GA Secretary of State website.

[2] Suntrust Mortgage, Inc., Registered Agent address obtained from GA Secretary of State website.

# INVOICE

**FROM:**
Jean H. King
Hopper-King & Assoc.
1379 Summer Lane
Atlanta, GA 30316

**Telephone Number:** 404-309-9446 **Fax Number:**

| INVOICE NUMBER |
|---|
| 3693JK |
| **DATE** |
| 03/28/2012 |

**TO:**

Claire D. Lucas

**Telephone Number:** 404-643-9301 **Fax Number:**
**Alternate Number:** 770-981-2732 **E-Mail:**

**REFERENCE**
**Internal Order #:**
**Lender Case #:**
**Client File #:**
**Main File # on form:** 3693JK
**Other File # on form:**
**Federal Tax ID:**
**Employer ID:**

Ordered by: Attorney Greg Coleman

## DESCRIPTION

**Lender:** n/a **Client:**
**Purchaser/Borrower:** n/a
**Property Address:** 3693 Belmont Abbey Drive
**City:** Decatur
**County:** Dekalb **State:** GA **Zip:** 30034
**Legal Description:** Dist. 15, LL 36, Lot 50, Parcel 27,DBk9740,pg385

| FEES | AMOUNT |
|---|---|
| Interior Inspection ( Residential Appraisal) | 300.00 |
| **SUBTOTAL** | 300.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| **Check #:** | **Date:** | **Description:** Paid with check | 300.00 |
| **Check #:** | **Date:** | **Description:** | |
| **Check #:** | **Date:** | **Description:** | |
| | | **SUBTOTAL** | 300.00 |
| | | **TOTAL DUE** | $ 0 |

# Uniform Residential Appraisal Report

File # 3693JK

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

Property Address 3693 Belmont Abbey Drive | City Decatur | State GA | Zip Code 30034

Borrower n/a | Owner of Public Record Claire & Lansdale Lucas | County Dekalb

Legal Description Dist. 15, LL 36, Lot 50, Parcel 27,DBk9740,pg385

Assessor's Parcel # 15 036-09-027 | Tax Year 2011 | R.E. Taxes $ 2,153.40

Neighborhood Name Brookglen | Map Reference 857-C-8 | Census Tract 234.15

Occupant [ ] Owner [X] Tenant [ ] Vacant | Special Assessments $ 0.00 | [ ] PUD | HOA $ N/A | [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) To determine market value

Lender/Client n/a | Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). According to MLS or FMLS the subject property has not been listed within the past year.

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. n/a

Contract Price $ n/a | Date of Contract n/a | Is the property seller the owner of public record? [X] Yes [ ] No | Data Source(s) county rec

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid. n/a

## NEIGHBORHOOD

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|
| | | PRICE $ (000) | AGE (yrs) | | |
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | 40 Low | 04 | One-Unit | 90 % |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | 165 High | 55 | 2-4 Unit | % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 59 Pred. | 35 | Multi-Family | % |
| | | | | Commercial | % |
| | | | | Other | 10 % |

Neighborhood Boundaries The boundaries are Rainbow Drive to the north, Kelly Chapel Road to the east, River Road to the south and Interstate 285 to the west.

Neighborhood Description Homes in the subject's area have similar design, construction, and an average market appeal. The employment stability is considered average. Shopping, transportation, schools, churches recreation and most public services are available.

Market Conditions (including support for the above conclusions) Buyer acceptance of the area appears to be stable. Property values are appear to be stablizing or stable within the past year. the listing comparable may suggest that the values maybe stablizing somewhat. Marketing time is 90 - 180 days. Cash, FHA,VA, and Conventional are the typical financing prevalent in this area.

## SITE

Dimensions 108 x 119.9 x 57 x 81.9 x 150 | Area .35+/-sf | Shape irregular | View average/residential

Specific Zoning Classification Single Family Residential | Zoning Description R-100

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street asphalt | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley no | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone Zone X | FEMA Map # 13089C0161H | FEMA Map Date 05/07/2001

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe

No apparent easements, encroachments or adverse conditions noted during inspection. None were made known to the appraiser. The subject property is in compliance with zoning regulations.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab | [X] Crawl Space | Foundation Walls | crawl space | Floors | cpt/tile/avg |
| # of Stories | 2 sty | [ ] Full Basement | [ ] Partial Basement | Exterior Walls | frame/brk/avg | Walls | drywall/avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area | crawl sq.ft. | Roof Surface | asph.shng./avg | Trim/Finish | wood/avg |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish | 0 % | Gutters & Downspouts | yes/alum./avg | Bath Floor | tile/avg |
| Design (Style) | 2 sty/avg | [ ] Outside Entry/Exit | [ ] Sump Pump | Window Type | wood/dlb hung/avg | Bath Wainscot | tile/avg |
| Year Built | 1986 | Evidence of [ ] Infestation | | Storm Sash/Insulated | none/none | Car Storage | [X] None |
| Effective Age (Yrs) | 17 | [ ] Dampness [ ] Settlement | | Screens | some/avg | [X] Driveway # of Cars | 2 |
| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | [ ] Woodstove(s) # | Driveway Surface | asphalt/avg |
| [X] Drop Stair | [ ] Stairs | [ ] Other | Fuel gas | [X] Fireplace(s) # 1 | [ ] Fence | [ ] Garage # of Cars | |
| [ ] Floor | [ ] Scuttle | Cooling [X] Central Air Conditioning | | [X] Patio/Deck deck | [ ] Porch | [ ] Carport # of Cars | |
| [ ] Finished | [ ] Heated | [ ] Individual | [ ] Other | [ ] Pool | [X] Other stoop | [ ] Att. [ ] Det. | [ ] Built-in |

Appliances [ ] Refrigerator [ ] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [X] Other (describe) stove/vent

Finished area **above** grade contains: 7 Rooms 3 Bedrooms 2.1 Bath(s) 2,952 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Additional features include one stoop, one fireplace, storage building in rear yard and a deck

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property is in average condition. No external inadequacies or functional obsolescence noted during inspection. Physical depreciation is estimated to be 31%. No deferred maintenance was noted. The garage has been converted to a finish den.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Uniform Residential Appraisal Report

File # 3693JK

There are 5 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 40,000. to $ 80,000 .
There are 6 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 49,000 to $ 70,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3693 Belmont Abbey Drive Decatur, GA 30034 | 3824 Brown Drive Decatur, Ga. | | 3663 Brown Drive Decatur, Ga. | | 4029 Brookside Parkway Decatur, Ga. | |
| Proximity to Subject | | .24 miles S E | | .15 miles west | | .46 miles South | |
| Sale Price | $ n/a | | $ 56,500 | | $ 45000 | | $ 55,650 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 20.88 sq.ft. | | $ 13.25 sq.ft. | | $ 15.14 sq.ft. | |
| Data Source(s) | | FMLS 4288504 | | MLS 03135747 | | FMLS 44155570 | |
| Verification Source(s) | | exter. inspection | | exter. inspection | | exter. inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CNV none | | CNV | | CNV 585.00 | |
| Date of Sale/Time | | 01/20/2012 | | 12/08/2011 | | 07/22/2011 | |
| Location | average | average | | average | | average | |
| Leasehold/Fee Simple | Fee Simple | fee simple | | fee simple | | fee simple | |
| Site | .35+/-sf | .21 ac/avg | | .40 ac/avg | | .41 ac/avg | |
| View | average/resident | average | | average | | average | |
| Design (Style) | 2 sty/avg | 2 sty/avg | | 2 sty/avg | | 2 sty/avg | |
| Quality of Construction | frm/brk/avg | frm/avg | +1,000 | frm/brk/avg | | frm/brk/avg | |
| Actual Age | 25 | 12 | -2,000 | 31 | +1,000 | 20 | |
| Condition | average | average | | average | | average | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 3 / 2.1 | 7 / 5 / 3.1 | -2,400 | 8 / 5 / 2.1 | | 7 / 4 / 2.1 | |
| Gross Living Area | 2,952 sq.ft. | 2,706 sq.ft. | +5,652 | 3397 sq.ft. | -6,786 | 3675 sq.ft. | -11,790 |
| Basement & Finished Rooms Below Grade | crawl 0 | slab n/a | | crawl n/a | | 650 sf unfin 730 sf fin | -4,500 -9,400 |
| Functional Utility | average | average | | average | | average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | standard | standard | | standard | | standard | |
| Garage/Carport | open | B-2 | -2,500 | B-2 | -2,500 | B-2 | -2,500 |
| Porch/Patio/Deck | stp/deck | stp/deck | | stp/deck | | stp/deck | |
| fireplace | 1-fpl | 1 fpl | | 1 fpl | | 1-fpl | |
| fence/pool | none/none | none/none | | none/none | | none | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -248 | ☐ + ☒ - | $ -8,286 | ☐ + ☒ - | $ -28,190 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.4 % Gross Adj. 24.0 % | $ 56,252 | Net Adj. 18.4 % Gross Adj. 22.9 % | $ 36,714 | Net Adj. 50.7 % Gross Adj. 50.7 % | $ 27,460 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) MLS and Realist.com (COUNTY RECORDS)
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) MLS,FMLS and Realist.com (COUNTY RECORDS)
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Transfered 10/27/1997 | No previous sale within | Forecl. 06/07/2011 | Forecl. 03/02/2010 |
| Price of Prior Sale/Transfer | $unknown | past year | $84,600 | $105,756. |
| Data Source(s) | County Rec/MLS | County Rec/MLS | County Rec/MLS | MLS/county records |
| Effective Date of Data Source(s) | 03/2012 | 03/2012 | 03/2012 | 03/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property has not transferred within the past three years as noted above.

Summary of Sales Comparison Approach The subject conforms to the neighborhood in construction, design, functional utility and other amenities. The following adjustments were appropriate; gross living area, basement, age and basement. Equal weight was given to each comparable. Comparable #3 is older than six months old from the date of this report, but is less than one year old. It was used due to location and design similarity as the subject property. Some of the comparable adjustments are over the line item of 10% and also the net is over the recommended 15% and the gross is over the 25% on comparable #3 due to the larger GLA and basement adjustment. The comparables are considered the best available closed sales at the time of the appraisal and after adjustments for dissimilar features offer a reasonable estimate of market value.

Indicated Value by Sales Comparison Approach $ 40,000.

**Indicated Value by: Sales Comparison Approach $** 40,000. **Cost Approach (if developed) $** 164,801 **Income Approach (if developed) $**

We find value to be that supported by the sales comparison and cost approaches. Most emphasis is given to the sales comparison approach as it reflects the actions of typical buyers sellers in this market. Insufficient data for the income approach as most homes are owner occupied.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This Appraisal is made "As Is". The subject property is in average condition.

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 40,000 , as of 03/27/2012 , which is the date of inspection and the effective date of this appraisal.**

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 3693JK

ADDITIONAL COMMENTS

Site:
The site is a gently sloping terrain. Drainage is considered adequate. The site does not appear to be in a flood hazard area. No apparent easements, encroachments, or any other adverse conditions affecting the property were noted during the inspection, note were made known to the appraiser. The landscaping is in average condition.

Improvements:
The subject property is in average condition.

Sales Comparison:
The appraiser searched diligently to locate sales that were not older than six months and not further than one mile. The net adjustment are over 15% and the gross are over 25%, These comparables were used due to the subject adding the additional GLA in the garage. There was houses that sold in the subject's subdivision with 2000 sf - to 2400 sf of Gross Living Area, so the appraiser chose to use comparables a little larger than the subject verses using much smaller houses that sold.

Deferred Maintenance:
No deferred maintenance was noted.

Market Time:
Current market time for the subject market area is 3 to 6 months. The sales to asking price ratio is currently around 90%. There appears to be areasonable supply of homes for sale in th subject market area similar in age, design and quality. Supply and demand in the subject area seems to be in balance.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The county assessed the subject lot at $15,600. However it is felt this is high according to the most recent vacant lots that sold in the subject market area (3 mile radius).

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data Marshall & Swift Cost Handbook

Quality rating from cost service avg Effective date of cost data 1/2011

Comments on Cost Approach (gross living area calculations, depreciation, etc.)
The floor area is an approximation and any minor deviation in sq.ft. will have no affect on estimated market value. Depreciation is based on the age/life method. Physical is estimated to be 31%. The cost approach is not to be used for insurance purposes.

Estimated Remaining Economic Life (HUD and VA only) 38 Years

| | | | |
|---|---|---|---|
| OPINION OF SITE VALUE | | =$ | 12,000 |
| DWELLING | 2,952 Sq.Ft. @ $ 72.00 | =$ | 212,544 |
| | crawl Sq.Ft. @ $ | =$ | |
| 1 fpl, stp,deck | | =$ | 5,000 |
| Garage/Carport | Sq.Ft. @ $ | =$ | |
| Total Estimate of Cost-New | | =$ | 217,544 |
| Less Depreciation | Physical 67,243 / Functional / External | =$( | 67,243) |
| Depreciated Cost of Improvements | | =$ | 150,301 |
| "As-is" Value of Site Improvements | | =$ | 2,500 |
| INDICATED VALUE BY COST APPROACH | | =$ | 164,801 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project n/a

Total number of phases Total number of units N/A Total number of units sold

Total number of units rented Total number of units for sale N/A Data source(s) n/a

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion. n/a

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source n/a

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion. n/a

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options. n/a

Describe common elements and recreational facilities. N/A

# Uniform Residential Appraisal Report

File # 3693JK

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

File # 3693JK

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 3693JK

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER** Jean H. King

Signature Jean H. King
Name Jean H. King
Company Name Hopper-King & Associates
Company Address 808 Southland Pass, Stone Mtn, GA 30087

Telephone Number 404-309-9446
Email Address khopperj@bellsouth.net
Date of Signature and Report March 28, 2012
Effective Date of Appraisal 03/27/2012
State Certification #
or State License # L003851
or Other (describe) ______ State # ______
State GA
Expiration Date of Certification or License 3/31/2013

ADDRESS OF PROPERTY APPRAISED
3693 Belmont Abbey Drive
Decatur, GA 30034
APPRAISED VALUE OF SUBJECT PROPERTY $ 40,000

LENDER/CLIENT
Name Attorney Gregory Coleman
Company Name n/a
Company Address

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 3693JK

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3693 Belmont Abbey Drive Decatur, GA 30034 | 3849 Brookgreen Pt Decatur, GA | | | | | |
| Proximity to Subject | | .47 miles S E | | | | | |
| Sale Price | $ n/a | | $ 89,900 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 37.15 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS 03174553 | | | | | |
| Verification Source(s) | | exterior inspection | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | | | | | | |
| Date of Sale/Time | | **LISTING** | -6,500 | | | | |
| Location | average | average | | | | | |
| Leasehold/Fee Simple | Fee Simple | fee simple | | | | | |
| Site | .35+/-sf | .62+/-acres | -2,000 | | | | |
| View | average/resident | avg | | | | | |
| Design (Style) | 2 sty/avg | 2 sty/avg | | | | | |
| Quality of Construction | frm/brk/avg | frm/brk/avg | | | | | |
| Actual Age | 25 | 20 | | | | | |
| Condition | average | good | -12,000 | | | | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 3 / 2.1 | 8 / 4 / 2.1 | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area | 2,952 sq.ft. | 2,420 sq.ft. | +10,800 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | crawl 0 | crawl n/a | | | | | |
| Functional Utility | average | average | | | | | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | | | | |
| Energy Efficient Items | standard | standard | | | | | |
| Garage/Carport | open | B-2 | -2,500 | | | | |
| Porch/Patio/Deck | stp/deck | stp/deck | | | | | |
| fireplace | 1-fpl | 1-fpl | | | | | |
| fence/pool | none/none | none none | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,200 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 13.6 % Gross Adj. 37.6 % | $ 77,700 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

SALE HISTORY

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Transfered 10/27/1997 | No previous slae within | | |
| Price of Prior Sale/Transfer | $unknown | the past year | | |
| Data Source(s) | County Rec/MLS | MLS/FMLS/county | | |
| Effective Date of Data Source(s) | 03/2012 | 03/2012 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales Comp. #4 is a listing that was used to help support the appraised value, more weight was given to comp1,2 &3. There was no listing of sales on comparable #4 within in pasat year at the county or MLS. Listing #4 appears to be under renovation.

ANALYSIS / COMMENTS

Analysis/Comments

# Market Conditions Addendum to the Appraisal Report

File No. 3693JK

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 3693 Belmont Abbey Drive City Decatur State GA ZIP Code 30034

Borrower n/a

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 53 | 32 | 22 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 8.83 | 10.67 | 7.33 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 72 | 50 | 36 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 8.2 | 4.7 | 4.9 | ☒ Declining | ☐ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 47,900 | 44,750 | 57,250 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 61 | 86 | 46 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 57,250 | 49,700 | 53,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 88 | 76 | 61 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 98 | 90.4 | 98 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? ☒ Yes ☐ No | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). In the subject's market, it is typical and has been traditional for the seller to pay up to 3 -4% in closing cost. Over the past 12 months, the amount of seller paid concessions has been stable. The seller contributions appears to be driven by competition for buyers in the current "buyers market". The above inventory is taken from the 2 mile radius from the subject property of two & one story properties.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☐ No If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The data utilized in the tables above was extracted from Georgia MLS Pro. This data is considered to be reliable by the appraiser's peer group. The accuracy of the data above is solely dependent upon accuracy and timeliness of the data provided by the users of the MLS system. When possible the appraiser included in the analysis any pending sales, expired and withdrawn listings in order to have a more thorough understanding and awareness of current and past market conditions. All of these factors combined have an impact on the opinion of the market's trends and the final opinion of value. It appears that the median market values are stable over the past years, but declined from 2010.

CONDO/CO-OP PROJECTS

**If the subject is a unit in a condominium or cooperative project, complete the following:** **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

APPRAISER

| | |
|---|---|
| Signature [signature] | Signature |
| Appraiser Name Jean H. King | Supervisory Appraiser Name |
| Company Name Hopper-King & Associates | Company Name |
| Company Address 808 Southland Pass, Stone Mtn, GA 30087 | Company Address |
| State License/Certification # L003851 State GA | State License/Certification # State |
| Email Address khopperj@bellsouth.net | Email Address |

## Subject Photo Page

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

### Subject Front

3693 Belmont Abbey Drive

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 2,952 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average/residential |
| Site | .35+/-sf |
| Quality | frm/brk/avg |
| Age | 25 |

### Subject Rear

### Subject Street

## Subject Interior Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | n/a | | | | | | |
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

**Family Room**
3693 Belmont Abbey Drive

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 2,952 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average/residential |
| Site | .35+/-sf |
| Quality | frm/brk/avg |
| Age | 25 |

**Subject Interior**

**Half bathroom**

## Subject Interior Photo Page

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

**Den**

3693 Belmont Abbey Drive

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 2,952 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average/residential |
| Site | .35+/-sf |
| Quality | frm/brk/avg |
| Age | 25 |

**Subject Interior**

**Master Bathroom**

## Subject Photo Page

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

**Bedroom**

3693 Belmont Abbey Drive

| | |
|---|---|
| Sales Price | n/a |
| Gross Living Area | 2,952 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average/residential |
| Site | .35+/-sf |
| Quality | frm/brk/avg |
| Age | 25 |

**Storage building in rear of yard**

# Building Sketch

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1771.5 Sq ft | 0.5 × 24 × 0.5 = 6 |
| | | 24 × 22 = 528 |
| | | 32.5 × 18 = 585 |
| | | 0.5 × 2 × 1.5 = 1.5 |
| | | 31 × 2 = 62 |
| | | 31 × 19 = 589 |
| **Total Living Area (Rounded):** | **1772 Sq ft** | |

# Building Sketch

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

18.5'
19'
2
Master
Bath
Bedroom
Bath
30.5'
32.5'
Second Floor
[1180.75 Sq ft]
Staircase
Bedroom
Bedroom
Bedroom
37.5'
Second Floor

DaVinci by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| Second Floor | 1180.8 Sq ft | 37.5 × 30.5 = 1143.75 |
| | | 2 × 18.5 = 37 |
| **Total Living Area (Rounded):** | **1181 Sq ft** | |

## Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | n/a | | | | | | |
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

### Comparable 1

3824 Brown Drive

| | |
|---|---|
| Prox. to Subject | .24 miles S E |
| Sales Price | 56,500 |
| Gross Living Area | 2,706 |
| Total Rooms | 7 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.1 |
| Location | average |
| View | average |
| Site | .21 ac/avg |
| Quality | frm/avg |
| Age | 12 |

### Comparable 2

3663 Brown Drive

| | |
|---|---|
| Prox. to Subject | .15 miles west |
| Sales Price | 45000 |
| Gross Living Area | 3397 |
| Total Rooms | 8 |
| Total Bedrooms | 5 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average |
| Site | .40 ac/avg |
| Quality | frm/brk/avg |
| Age | 31 |

### Comparable 3

4029 Brookside Parkway

| | |
|---|---|
| Prox. to Subject | .46 miles South |
| Sales Price | 55,650 |
| Gross Living Area | 3675 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | average |
| Site | .41 ac/avg |
| Quality | frm/brk/avg |
| Age | 20 |

# Comparable Photo Page

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | n/a | | | | | | |
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

## Comparable 4

3849 Brookgreen Pt

| | |
|---|---|
| Prox. to Subject | .47 miles S E |
| Sales Price | 89,900 |
| Gross Living Area | 2,420 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | average |
| View | avg |
| Site | .62+/-acres |
| Quality | frm/brk/avg |
| Age | 20 |

## Comparable 5

Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Comparable 6

Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

Main File No. 3693JK Page #17

## Location Map

| Borrower/Client | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 3693 Belmont Abbey Drive | | | | | | |
| City | Decatur | County | Dekalb | State | GA | Zip Code | 30034 |
| Lender | n/a | | | | | | |

a la mode, inc.
Comparable # 2
3663 Brown Drive
0.15 miles
Subject
3693 Belmont Abbey Drive
Comparable # 3
4029 Brookside Parkway
0.46 miles
Comparable # 1
3824 Brown Drive
0.24 miles
Comparable # 4
3849 Brookgreen Pt
0.47 miles
Cherry Ridge Dr
Cherry Ridge Blvd
Shepherds Path
Woodberry Pkwy
Woodberry Pl
Flakes Mill Rd
Flat Shoa
River Edge Loop
River Edge Ct
Kingsbrook Blvd
Lehigh Way
Brandeis Ct
Brandeis Way
Seton Hall Way
Belmont Abbey Dr
Platina Park Ct
Sapphire Ct
John Hopkins Ct
Tarrytown Way
Lehigh Blvd
Wake Forest Rd
Loyola Ct
Holy Cross Dr
Seton Hall Dr
John Carrol Dr
Brookside Pkwy
Skidmore Dr
McGill Dr
Cameron Hills Pl
Mortons Landing Dr
Shane Ct
Shane Trail
Day Trail N
Chimney Ridge Dr
Chimney Ridge Ct
Chimney Ridge Way
Natalie Trail
Faron Ct
Day Trail S
Flakes Mill Rd
300 yds
bing

Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



# STATE OF GEORGIA
# REAL ESTATE APPRAISERS BOARD

**JEAN HOPPER KING**

**3851**

IS AUTHORIZED TO TRANSACT BUSINESS IN GEORGIA AS A

**STATE LICENSED REAL PROPERTY APPRAISER**

THE PRIVILEGE AND RESPONSIBILITIES OF THIS APPRAISER CLASSIFICATION SHALL CONTINUE IN EFFECT AS LONG AS THE APPRAISER PAYS REQUIRED APPRAISER FEES AND COMPLIES WITH ALL OTHER REQUIREMENTS OF THE OFFICIAL CODE OF GEORGIA ANNOTATED, CHAPTER 43-39-A. THE APPRAISER IS SOLELY RESPONSIBLE FOR THE PAYMENT OF ALL FEES ON A TIMELY BASIS.

CHARLES B. BRAMLETT
Chairperson

SANDRA MCALISTER WINTER
Vice Chairperson

WILLIAM R. COLEMAN, JR.
D. SCOTT MURPHY
MARILYN R. WATTS

JEAN HOPPER KING

| # | 3851 |
|---|---|
| Status | ACTIVE |

ORIGINALLY LICENSED [illegible]

END OF RENEWAL 03/31/2013

STATE LICENSED REAL PROPERTY APPRAISER

THIS LICENSE EXPIRES IF YOU FAIL TO PAY RENEWAL FEES OR IF YOU FAIL TO COMPLETE ANY REQUIRED EDUCATION IN A TIMELY MANNER.

State of Georgia
Real Estate Commission

WILLIAM L. ROGERS, JR.
Real Estate Commissioner

JEAN HOPPER KING

| # | 3851 |
|---|---|
| Status | ACTIVE |

ORIGINALLY LICENSED 03/07/1991

END OF RENEWAL 03/31/2013

STATE LICENSED REAL PROPERTY APPRAISER

THIS LICENSE EXPIRES IF YOU FAIL TO PAY RENEWAL FEES OR IF YOU FAIL TO COMPLETE ANY REQUIRED EDUCATION IN A TIMELY MANNER.

State of Georgia
Real Estate Commission

WILLIAM L. ROGERS, JR.
Real Estate Commissioner