B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Lansdale A and Claire D Lucas,     Case No. 12-58779-wlh
         Debtor                                              Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** -- Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

**Property No. 1**

**Creditor's Name:** SETERUS

**Describe Property Securing Debt:** 4123 BROOKS MILL DR, LITHONIA, GA 30038

Property will be *(check one)*:
☐ Surrendered
☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt      ☐ Not claimed as exempt

---

**Property No. 2** *(if necessary)*

**Creditor's Name:** SETERUS

**Describe Property Securing Debt:** 3693 BELMONT ABBEY DR, DECATUR, GA 30034

Property will be *(check one)*:
☐ Surrendered
☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                    Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A - Continuation**

| Property No. | |
|---|---|
| **Creditor's Name:** SETERUS | **Describe Property Securing Debt:** 3693 BELMONT ABBEY DC. DECATUR, GA 30034 |

Property will be *(check one)*:
- ☒ Surrendered
- ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

**PART B - Continuation**

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |

B 8 (Official Form 8) (12/08)  Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A - Continuation**

| Property No. | | |
|---|---|---|
| **Creditor's Name:** Chase | | **Describe Property Securing Debt:** 4651 GRAND CENTRAL PKWAY DECATUR, GA 30035 |

Property will be *(check one)*:
☒ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☐ Not claimed as exempt

**PART B - Continuation**

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES  ☐ NO |

B 8 (Official Form 8) (12/08)                                                                                Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

| Property No. | |
|---|---|
| **Creditor's Name:** Green Planet Mortgage | **Describe Property Securing Debt:** 2620 Country Trace Conyers, GA 30013 |

Property will be *(check one)*:
☒ Surrendered         ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt         ☐ Not claimed as exempt

**PART B** - Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

B 8 (Official Form 8) (12/08)                                                                                        Page 2

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES   ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES   ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES   ☐ NO |

_____ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: 8/21/14

*Lansdale D. Lucas*
Signature of Debtor

*Claire D. Lucas*
Signature of Joint Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In Re: Lansbury Aubrey Lucas** | * | **CASE NO. 12-58779-wlh** |
| **Claire Doris Lucas,** | * | |
| **Debtors.** | * | **CHAPTER 13** |

**CERTIFICATE OF SERVICE**

    I, Gregory D. Coleman, certify that I am over the age of 18 and that on the date set forth below, I have served a copy of the Chapter 7 Individual Debtors' Statement of Intention, either electronically or by first class U.S. Mail with adequate postage prepaid on the following persons or entities at the addresses stated:

Dated August 22nd 2014


Respectfully Submitted,

    /s/
Gregory D. Coleman
GA Bar # 177525
Attorney for Debtor

4153  Flat Shoals Parkway, Suite 322
Decatur, Georgia 30034
(404) 289-2244
gregorycoleman@bjhlawyers.com

Lansdale Aubrey Lucas
Claire Doris Lucas
4123 Brooks Mill Drive
Lithonia, GA 30038

Nancy J Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

```
Advanta
PO Box 31032
Tampa, FL 33631


Advantage Leasing Corporation
c/o 5555 Glenridge Connector
Suite
Atlanta, GA 30342


Amex
PO Box 981535
El Paso, TX 79998


CHASE
11200 W PARKLAND AVE
Milwaukee, WI 53201


Citi
PO Box 6500
Sioux Falls, SD 57117


Citicard
PO Box 6235
Sioux Falls, SD 57117


dekalb medical center
PO box 935312
Atlanta, GA 31193


Delta Credit Union
PO Box 20541
Atlanta, GA 30320
```

Diners Club
PO Box 6101
Carol Stream, IL 60197


Discover
PO Box 30943
Salt Lake City, UT 84130


Emory Healthcare
PO Box 025437
Miami, FL 33102


FIA Card Services
PO Box 982235
El Paso, TX 79998


Gary R. Botstein
2712 N. Decatur Rd
Decatur, GA 30033


Green Planet
10 Research Pkwy, (Ste 2
Wallingford, CT 06492


Home Depot
PO Box 790345
Saint Louis, MO 63179


IC Systems
444 Highway 96 East
PO Box 64444
Saint Paul, MN 55164-0444

JCPenney
PO Box 103104
Roswell, GA 30076


LRGR
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342


Macy's
PO Box 8053
Mason, OH 45040


Office Depot
PO Box 66768
Houston, TX 77266


Park Place Community Associate
c/o Community Mgt Assoc
165 Northside Drive, Ste 128
Atlanta, GA 30318


Sam's Club
PO Box 103104
Roswell, GA 30076


Seterus Inc. (Now FNMA)


SLS
8742 Lucent Blvd, Ste 300
Littleton, CO 80129

Suntrust
PO Box 26149
Richmond, VA 23260


Suntrust (Now Seterus Inc)
PO Box 26149
Richmond, VA 23260


Wells Fargo
PO Box 4233
Portland, OR 97208