8/22/14 4:12PM

B6I (Official Form 6I) (12/07)

In re  **Lansdale Aubrey Lucas**
     **Claire Doris Lucas**                                                      Case No. **12-58779**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** | AGE(S): **19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Supv** | **Loan Servicing** |
| Name of Employer | **Atlantic Southeast Airlines** | **CompuGain LLC** |
| How long employed |  | **8 mos** |
| Address of Employer | **4123 Brooks Mill Dr**<br>**Lithonia, GA 30038** | **13241 Woodland Park Drive**<br>**Ste 610**<br>**Herndon, VA 20171** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---:|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,300.00 | $ 6,042.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,300.00 | $ 6,042.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 249.52 | $ 1,724.00 |
|     b. Insurance | $ 435.78 | $ 60.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify)  **See Detailed Income Attachment** | $ 270.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 955.30 | $ 1,784.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,344.70 | $ 4,258.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): _____ | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): _____ | $ 0.00<br>$ 0.00 | $ 0.00<br>$ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,344.70 | $ 4,258.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 5,602.70 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

8/22/14 4:12PM

B6I (Official Form 6I) (12/07)

In re  **Lansdale Aubrey Lucas**
**Claire Doris Lucas**
Debtor(s)

Case No. **12-58779**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| 401k Contribution | $ 230.00 | $ 0.00 |
| short term disability | $ 10.00 | $ 0.00 |
| flight fees | $ 30.00 | $ 0.00 |
| **Total Other Payroll Deductions** | $ 270.00 | $ 0.00 |

8/22/14 4:22PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Lansdale Aubrey Lucas**, **Claire Doris Lucas**      Debtor(s)

Case No. **12-58779**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 22, 2014**     Signature  **/s/ Lansdale Aubrey Lucas**
                             **Lansdale Aubrey Lucas**
                             Debtor

Date **August 22, 2014**     Signature  **/s/ Claire Doris Lucas**
                             **Claire Doris Lucas**
                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

8/22/14 4:12PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Lansdale Aubrey Lucas,**
**Claire Doris Lucas**
_____,
Debtors

Case No. __12-58779__

Chapter __7__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 430,000.00 | | |
| B - Personal Property | Yes | 4 | 13,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 443,262.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 68,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 442,584.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,602.70 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,312.65 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 443,000.00 | | |
| | | | Total Liabilities | 953,846.88 | |

8/22/14 4:12PM

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Lansdale Aubrey Lucas,**
      **Claire Doris Lucas**

Case No. __12-58779__

Debtors

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 68,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 68,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,602.70 |
| Average Expenses (from Schedule J, Line 18) | 5,312.65 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,342.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 194,262.73 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 13,000.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 55,000.00 |
| 4. Total from Schedule F | | 442,584.15 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 691,846.88 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In Re: Lansbury Aubrey Lucas** | * | **CASE NO. 12-58779-wlh** |
| Claire Doris Lucas, | * | |
| **Debtors.** | * | **CHAPTER 13** |

### CERTIFICATE OF SERVICE

I, Gregory D. Coleman, certify that I am over the age of 18 and that on the date set forth below, I have served a copy of the foregoing pleading, either electronically or by first class U.S. Mail with adequate postage prepaid on the following persons or entities at the addresses stated:

Dated August 22nd 2014


Respectfully Submitted,

_____/s/_____
Gregory D. Coleman
GA Bar # 177525
Attorney for Debtor

4153  Flat Shoals Parkway, Suite 322
Decatur, Georgia 30034
(404) 289-2244
gregorycoleman@bjhlawyers.com

Lansdale Aubrey Lucas
Claire Doris Lucas
4123 Brooks Mill Drive
Lithonia, GA 30038

Nancy J Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Advanta
PO Box 31032
Tampa, FL 33631


Advantage Leasing Corporation
c/o 5555 Glenridge Connector
Suite
Atlanta, GA 30342


Amex
PO Box 981535
El Paso, TX 79998


Chase
PO Box 15298
Carol Stream, IL 60197


Chase
PO Box 15298
Wilmington, DE 19850


CHASE
11200 W PARKLAND AVE
Milwaukee, WI 53201


Citi
PO Box 6500
Sioux Falls, SD 57117


Citicard
PO Box 6235
Sioux Falls, SD 57117

dekalb medical center
PO box 935312
Atlanta, GA 31193


Delta Credit Union
PO Box 20541
Atlanta, GA 30320


Diners Club
PO Box 6101
Carol Stream, IL 60197


Discover
PO Box 30943
Salt Lake City, UT 84130


Emory Healthcare
PO Box 025437
Miami, FL 33102


FIA Card Services
PO Box 982235
El Paso, TX 79998


Gary R. Botstein
2712 N. Decatur Rd
Decatur, GA 30033


Green Planet
10 Research Pkwy, (Ste 2
Wallingford, CT 06492

```
Home Depot
PO Box 790345
Saint Louis, MO 63179



IC Systems
444 Highway 96 East
PO Box 64444
Saint Paul, MN 55164-0444



Internal Revenue Service
Atlanta, GA 30340



JCPenney
PO Box 103104
Roswell, GA 30076



LRGR
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342



Macy's
PO Box 8053
Mason, OH 45040



Office Depot
PO Box 66768
Houston, TX 77266



Park Place Community Associate
c/o Community Mgt Assoc
165 Northside Drive, Ste 128
Atlanta, GA 30318
```

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Sam's Club
PO Box 103104
Roswell, GA 30076


Seterus Inc. (Now FNMA)


SLS
8742 Lucent Blvd, Ste 300
Littleton, CO 80129


Suntrust
PO Box 26149
Richmond, VA 23260


Suntrust (Now Seterus Inc)
PO Box 26149
Richmond, VA 23260


Wells Fargo
PO Box 4233
Portland, OR 97208


Wells Fargo