8/22/14 4:12PM

B6J (Official Form 6J) (12/07)

In re **Lansdale Aubrey Lucas**
**Claire Doris Lucas**
Debtor(s)

Case No. **12-58779**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,113.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 375.00 |
| b. Water and sewer | $ | 87.00 |
| c. Telephone | $ | 50.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 330.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 425.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 375.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 10.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 302.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 300.00 |
| e. Other  **wife's disability insurance** | $ | 30.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **personal grooming** | $ | 175.00 |
| Other  **dependent child's student loan** | $ | 105.65 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,312.65 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,602.70 |
| b. Average monthly expenses from Line 18 above | $ | 5,312.65 |
| c. Monthly net income (a. minus b.) | $ | 290.05 |

8/22/14 4:12PM

B6J (Official Form 6J) (12/07)

In re  Lansdale Aubrey Lucas
       Claire Doris Lucas                                        Case No.  **12-58779**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| Cable, Internet, home phone | $ 185.00 |
| Cell phones | $ 80.00 |
| lawn service | $ 46.00 |
| alarm system | $ 19.00 |
| **Total Other Utility Expenditures** | $ 330.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Lansdale Aubrey Lucas**
**Claire Doris Lucas**
Debtor(s)

Case No. **12-58779**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **23** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 22, 2014**        Signature **/s/ Lansdale Aubrey Lucas**
                                                      **Lansdale Aubrey Lucas**
                                                      Debtor

Date **August 22, 2014**        Signature **/s/ Claire Doris Lucas**
                                                      **Claire Doris Lucas**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

8/22/14 4:12PM

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Lansdale Aubrey Lucas,**
      **Claire Doris Lucas**
                                                    Debtors

Case No.  **12-58779**

Chapter  **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 430,000.00 | | |
| B - Personal Property | Yes | 4 | 13,000.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 443,262.73 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 68,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 442,584.15 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,602.70 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,312.65 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 443,000.00 | | |
| Total Liabilities | | | | 953,846.88 | |

8/22/14 4:12PM

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Lansdale Aubrey Lucas,**
**Claire Doris Lucas**
_____,
Debtors

Case No. __12-58779__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 68,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 68,000.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,602.70 |
| Average Expenses (from Schedule J, Line 18) | 5,312.65 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,342.00 |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | 194,262.73 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 13,000.00 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | 55,000.00 |
| 4. Total from Schedule F | 442,584.15 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | 691,846.88 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In Re: Lansbury Aubrey Lucas** | * | **CASE NO. 12-58779-wlh** |
| **Claire Doris Lucas,** | * | |
| **Debtors.** | * | **CHAPTER 13** |

### CERTIFICATE OF SERVICE

I, Gregory D. Coleman, certify that I am over the age of 18 and that on the date set forth below, I have served a copy of the foregoing pleading, either electronically or by first class U.S. Mail with adequate postage prepaid on the following persons or entities at the addresses stated:

Dated August 22nd 2014

Respectfully Submitted,

_____/s/_____
Gregory D. Coleman
GA Bar # 177525
Attorney for Debtor

4153 Flat Shoals Parkway, Suite 322
Decatur, Georgia 30034
(404) 289-2244
gregorycoleman@bjhlawyers.com

Lansdale Aubrey Lucas
Claire Doris Lucas
4123 Brooks Mill Drive
Lithonia, GA 30038

Nancy J Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Advanta
PO Box 31032
Tampa, FL 33631


Advantage Leasing Corporation
c/o 5555 Glenridge Connector
Suite
Atlanta, GA 30342


Amex
PO Box 981535
El Paso, TX 79998


Chase
PO Box 15298
Carol Stream, IL 60197


Chase
PO Box 15298
Wilmington, DE 19850


CHASE
11200 W PARKLAND AVE
Milwaukee, WI 53201


Citi
PO Box 6500
Sioux Falls, SD 57117


Citicard
PO Box 6235
Sioux Falls, SD 57117

dekalb medical center
PO box 935312
Atlanta, GA 31193


Delta Credit Union
PO Box 20541
Atlanta, GA 30320


Diners Club
PO Box 6101
Carol Stream, IL 60197


Discover
PO Box 30943
Salt Lake City, UT 84130


Emory Healthcare
PO Box 025437
Miami, FL 33102


FIA Card Services
PO Box 982235
El Paso, TX 79998


Gary R. Botstein
2712 N. Decatur Rd
Decatur, GA 30033


Green Planet
10 Research Pkwy, (Ste 2
Wallingford, CT 06492

```
Home Depot
PO Box 790345
Saint Louis, MO 63179



IC Systems
444 Highway 96 East
PO Box 64444
Saint Paul, MN 55164-0444



Internal Revenue Service
Atlanta, GA 30340



JCPenney
PO Box 103104
Roswell, GA 30076



LRGR
5555 Glenridge Connector
Suite 900
Atlanta, GA 30342



Macy's
PO Box 8053
Mason, OH 45040



Office Depot
PO Box 66768
Houston, TX 77266



Park Place Community Associate
c/o Community Mgt Assoc
165 Northside Drive, Ste 128
Atlanta, GA 30318
```

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Sam's Club
PO Box 103104
Roswell, GA 30076


Seterus Inc. (Now FNMA)


SLS
8742 Lucent Blvd, Ste 300
Littleton, CO 80129


Suntrust
PO Box 26149
Richmond, VA 23260


Suntrust (Now Seterus Inc)
PO Box 26149
Richmond, VA 23260


Wells Fargo
PO Box 4233
Portland, OR 97208


Wells Fargo